IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 25- |
| v. | : | DATE FILED: |
| YOVANY BASURTO,<br>a/k/a "Yovany Basurt Leal" | : | VIOLATION:<br>8 U.S.C. § 1326(a) |
| | : | (reentry after deportation-1 count) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about February 19, 2025, in the Eastern District of Pennsylvania, defendant

**YOVANY BASURTO,**
**a/k/a "Yovany Basurt Leal,"**

an alien, and native and citizen of Mexico, who had previously been deported and removed from the United States on or about February 4, 2019 and July 25, 2019, was found in the United States, having knowingly and unlawfully reentered the United States without first applying to the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), (4) and 557), for permission to reapply for admission, and without receiving in response the express consent of the Attorney General or his successor to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

*[signature: Christine E. Ayers for]*

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No. 25-*

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

### THE UNITED STATES OF AMERICA

vs.

YOVANY BASURTO,
a/k/a "Yovany Basurt Leal"

### INDICTMENT

Count
8 U.S.C. § 1326(a)(reentry after deportation-1 count)

